**Sandra L. DUNBAR, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 99-3943.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 12, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sandra Dunbar appeals the district court's[1] judgment in favor of defendant following a bench trial in her wrongful-death suit. After careful consideration of the arguments in Dunbar's brief, we conclude that the district court's judgment should be affirmed. Dunbar fails to direct us to anything in the record which would show that the district court erred in entering judgment against her after finding no evidence of negligence. *See United States v. Wicker,* 80 F.3d 263, 268 (8th Cir.1996) (district court's findings as to credibility of witnesses are virtually unreviewable on appeal).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.